☒ FILED  ☐ LODGED

**FEB 07 2022**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

U.S. DISTRICT COURT
DISTRICT OF ARIZONA

MICHAEL DEVAUGHN JOHNSON,
    PETITIONER,

V.

A.D.W. STICKLEY
ARIZONA DEPARTMENT OF CORRECTIONS
    RESPONDENTS,
ARIZONA ATTORNEY GENERAL OF THE STATE OF
ARIZONA,    ADDICTIONAL RESPONDENTS,

NO. CV 21-01981-PHX-ROS-(MHB)

PETITIONERS REQUEST TO VOLUNTARILY DISMISS HABEAS CORPUS.

THE PETITIONER, MICHAEL DEVAUGHN JOHNSON, HERBY, REQUEST TO VOLUNTARILY DISMISS HIS CURRENT HABEAS CORPUS PETITION FILED ON 01/26/22, WITHOUT PREJUDICE WHILE AWAITING EXUSUTMENT OF HIS PENDING RULE 32 CLAIMS IN THE STATE COURTS. THIS REQUEST IS SET FORTH IN RULE 41(A) OF THE FEDERAL RULES OF CIVIL PROC.

THE PETITIONER HAS COMPLIED WITH STATE FILING RULES IN HIS RULE 32.

SUBMITTED THIS 1th DAY OF MARCH 2022

PETITIONER